IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEWSTAR SOURCING AND SERVICE, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID PATEE, DANIEL PATEE, and CONSUMERS SUPPLY DISTRIBUTING, LLC,<br><br>          Defendants. | **8:19CV226**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Michael S. Dove and the law firm of Gislason & Hunter LLP, as counsel for Plaintiff NewStar Sourcing and Service, LLC, (Filing No. 19), is granted. Michael S. Dove shall no longer receive electronic notice in this case.

August 8, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge