# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEWSTAR SOURCING AND SERVICE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID PATEE; DANIEL PATEE; and CONSUMERS SUPPLY DISTRIBUTING, LLC, <br><br> Defendants. | Case No.: 8:19-cv-00226 <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-captioned lawsuit without prejudice, including all claims and counterclaims, with each party to bear its own costs.

DATED this 20th day of December, 2019.

                                              NEWSTAR SOURCING AND SERVICE, LLC, Plaintiff

                                              s/ Andre R. Barry
                                              Andre R. Barry, #22505
                                              Megan S. Wright, #21782
                                              Cline, Williams, Wright, Johnson & Oldfather, L.L.P.
                                              233 South 13th Street
                                              1900 US Bank Building
                                              Lincoln, NE 68508
                                              Telephone: 402-474-6900
                                              Email: abarry@clinewilliams.com
                                              Email: mwright@clinewilliams.com

DAVID PATEE AND DANIEL PATEE,
Defendants

s/ Daniel L. Hartnett
Daniel L. Hartnett, # 16493
CRARY HUFF RINGGENBERG
HARTNETT & STORM, P.C.
329 Pierce Street, Ste. 200
PO Box 27
Sioux City, Iowa 51102
Telephone: (712) 277-4561
Fax: (712) 277-4605
 Email: dhartnett@craryhuff.com


CONSUMERS SUPPLY DISTRIBUTING,
LLC, Defendant

s/ Patrick S. Cooper
Michael F. Coyle, #18299
Patrick S. Cooper, #22399
FRASER, STRYKER LAW FIRM
409 South 17th Street Suite 500,
Energy Plaza Omaha, NE 68102
Telephone: (402) 341-6000
Email: mcoyle@fraserstryker.com
Email: pcooper@fraserstryker.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 20th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                              /s Andre R. Barry
                                              Andre R. Barry

4849-5149-9183, v. 1